FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 MAY 26  PM 2: 20

CLERK _CAdams_
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Savannah Division

United States of America )
v. )
Demetrius Smith )  Case No: 4:12CR00276-1
) USM No: 17904-021

Date of Original Judgment: July 15, 2013 ) Solomon A. Amusan
Date of Previous Amended Judgment: _____ ) Defendant's Attorney
*(Use Date of Last Amended Judgment if Any)*

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] DENIED. [X] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __87__ months **is reduced to** __71 months__ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated __July 15, 2013__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: __5/26/15__

_____
Judge's signature

Dudley H. Bowen, Jr.
United States District Judge
*Printed name and title*

Effective Date: November 1, 2015
*(if different from order date)*